UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TANNER COMPANIES, INC. | CIVIL ACTION |
| VERSUS | No. 07-2745 |
| RELIABLE ONSHORE SERVICES COMPANY, LLC, ET AL. | SECTION I |

## ORDER

Before the Court are the U.S. Magistrate Judge's Report and Recommendation and an "objection" filed by Cadre Services, Inc. (f.k.a. Tanner Companies, Inc.)("Cadre"), which the Court construes as a request for clarification of the U.S. Magistrate Judge's Report and Recommendation. The defendants have not filed an objection to the U.S. Magistrate Judge's Report and Recommendation. Accordingly, the Court hereby approves the U.S. Magistrate Judge's Report and Recommendation and adopts it as its opinion.

**IT IS ORDERED** that the motion for summary judgment[1] is **GRANTED.** On or before June 1, 2010, the defendants are ordered to return to Cadre: (a) executed copies of the Confidential Settlement Agreement and Mutual Release and the related documents (other than the promissory note) attached as Exhibit 1 to Cadre's "objection"[2] to the U.S. Magistrate Judge's Report & Recommendation and (b) an executed copy of the promissory note which reflects ROSCO Oilfield Services, Inc. as the maker of the note.

New Orleans, Louisiana, May 25, 2010.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 125.

[2] R. Doc. No. 141.